1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JACOB SHECHET, | ) | No. CV 07-04320-MMM(CW) |
| | ) | |
|     Plaintiff, | ) | JUDGMENT |
| | ) | |
|   v. | ) | |
| | ) | |
| MARK Y. KIM, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED:  January 28, 2010

                                      */s/ Margaret M. Morrow*
                                      MARGARET M. MORROW
                               United States District Judge

1